UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

        Plaintiff,

-v-

HODINKEE, INC.,

        Defendant.

CIVIL ACTION NO.: 23 Civ. 4173 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on June 5, 2023, with Defendant's Answer due on June 26, 2023. (ECF No. 6). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **July 5, 2023**, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **July 19, 2023**.

Dated:    New York, New York
            June 27, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**