UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR BROWN, on behalf of himself and all others similarly situated,<br><br>         Plaintiff(s),<br><br>   -against-<br><br>HODINKEE, INC.,<br><br>         Defendant(s). | 23-cv-4173 (AS) (SLC)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's August 9, 2023 Order, ECF No. 15, the parties were required to file a joint letter, the contents of which are described therein, no later than August 25, 2023. To date, the parties have not filed the letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 7, 2023.**

  SO ORDERED.

Dated: August 29, 2023
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge