

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

October 10, 2023

> Defendant's request at ECF No. 25 is GRANTED. The parties' deadline to file a proposed consent to decree for the Court's approval is EXTENDED to **November 1, 2023**.
>
> The Clerk of Court is respectfully directed to close ECF No. 25.
>
> SO ORDERED.   10/12/2023
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Brown v. Hodinkee, Inc.*
             Case No.: 1:23-cv-04173-SLC

Dear Judge Cave:

    I represent the defendant in this matter. The Court's order dated September 11, 2023 (docket no. 24) directed that the parties submit their proposed consent decree by October 11, 2023. I write with the consent of plaintiff's counsel to request that the time for the parties to file the proposed consent decree be extended from October 11, 2023, up to and including November 1, 2023. This is defendant's first request for an extension of time to file the proposed consent decree. The basis for the request is that the parties are in the process of obtaining signatures for the consent decree. We anticipate that will be completed this month.

    Thank you for your attention to this matter.

                                 Respectfully,

                                 *Peter T. Shapiro*

                                 Peter T. Shapiro of
                                 LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS/gjk

cc:    All Counsel of Record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
130554264.1